IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYAN MCCOY, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. JOHNSON, TISHA M. DEMING, MIDWEST MINOR MEDICAL, P.C., and CORPORATE BILLING SOLUTIONS, LLC,<br><br>Defendants. | 8:19CV57<br><br>SECOND AMENDED FINAL PROGRESSION ORDER |

THIS MATTER is before the Court on the parties' Joint Stipulation to Extend Progression Deadlines. (Filing No. 62.) The Motion is granted. Accordingly,

**IT IS ORDERED** that the provisions of the Court's earlier progression orders remain in effect, and in addition to those provisions, the following shall apply:

1) Plaintiff shall file its Motion for Class Certification on or before **March 20, 2020**.

2) The deadline for Defendant Midwest Minor Medical, P.C. to Answer Plaintiff's Amended Complaint (Filing No. 41) is **March 27, 2020**.

3) The deadline for Midwest Minor Medical, P.C. and Corporate Billing Solutions, LLC to respond to Plaintiff's discovery requests is **March 27, 2020**.

4) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is **May 27, 2020**. Motions to compel discovery under Rules 33, 34, and 36 must be filed by **June 5, 2020**

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5) The deposition deadline is **August 31, 2020**.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely

progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 16th day of March, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge